## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PAN AMERICAN CONCRETE COMPANY, an Illinois corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 17 CV 8803

Judge Durkin

Magistrate Judge Kim

## MOTION FOR ENTRY OF DEFAULT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, by and through their attorneys, and, in their Motion for Default & Audit, state as follows:

1. Plaintiffs filed their Complaint against Defendant on December 7, 2018, seeking an order compelling Defendant to submit to audit, and requesting judgment on any amounts determined to be due by the audit.

2. Plaintiffs served Defendant with the Complaint on December 8, 2018, but Defendant has never answered or otherwise pled to the Complaint. Defendant is, therefore, in default.

3. Defendant submitted to audit in July 2018. According to the declaration of Richard J. Wolf, the audit revealed arrearages totaling $3,341.59. See Ex. A.

4. According to the declaration of Andrew S. Pigott, Plaintiffs' attorney fees, compensable under ERISA, the Funds' Trust Agreements, and Defendant's Collective Bargaining Agreement, total $4,881.25. See Ex. B.

WHEREFORE, Plaintiffs ask this Court to enter the order attached to this Motion as

Exhibit C.

Respectfully submitted,
**TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS FUNDS,**

By: s/Andrew S. Pigott
 One of their Attorneys

Donald D. Schwartz
Paul M. Egan
Andrew S. Pigott
**ARNOLD AND KADJAN**
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
(312) 236-0415